Jason A. Geller (CA SBN 168149)
    E-Mail: jgeller@fisherphillips.com
Juan C. Araneda (CA SBN 213041)
    E-Mail: jaraneda@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
WALMART INC.

William D. Hendricks (CA SBN 221071)
    E-Mail: whendricks@wdhlegal.com
LAW OFFICES OF WILLIAM D. HENDRICKS
20350 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
Telephone: (818) 961-9000
Facsimile: (888) 636-2420

Attorneys for Plaintiff
CANDIDA TELLEZ DE QUINONEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CANDIDA TELLEZ DE QUINONEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., PETER DANOFF, an individual, MARIA IBARRA, an individual, and DOES 1 - 50, inclusive,<br><br>Defendants. | CASE NO.: 2:23-CV-01753- TLN-JDP<br><br>*[Removed from Solano County Superior Court, Case No. CU23-01511]*<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER THEREON**<br><br>Removal Filed: August 18, 2023<br>Complaint Filed: May 19, 2023<br>Trial Date: Not set |

Plaintiff CANDIDA TELLEZ DE QUINONEZ ("Plaintiff") and Defendant WALMART INC. ("Defendant"), by and through their counsel of record, hereby jointly stipulate and respectfully request that the Court continue the discovery deadlines established by the Court's Initial Pretrial Scheduling Order (ECF No. 7) (the "Order").

WHEREAS, Plaintiff has been searching for but has not found new counsel to substitute into this matter to represent her;

WHEREAS, the parties agree to extend the discovery deadlines, as set forth below, to allow Plaintiff time to seek counsel and to avoid prejudice to the parties to conduct discovery once Plaintiff's new counsel substitutes in;

WHEREAS, the parties have not previously requested to extend the deadlines in the Order; and

WHEREAS, such extension will have no effect on the trial date in this case.

IT IS THEREFORE JOINTLY STIPULATED AND AGREED, by and between the Parties through their respective counsel of record, that the dates set forth in the Court's Order should be changed to the following dates:

| Discovery | Current Date/Deadline | Proposed New Date |
|---|---|---|
| Close of Non-expert Discovery | April 15, 2024 | **July 12, 2024** |
| Disclosure of Expert Witnesses | June 14, 2024 | **August 16, 2024** |
| Supplemental List of Expert Witnesses | July 15, 2024 | **September 13, 2024** |
| Supplemental Discovery Cutoff | September 11, 2024 | **October 11, 2024** |

IT IS SO STIPULATED.

DATE: March 18, 2024                FISHER & PHILLIPS LLP

By:/s/ *Juan C. Araneda*
   Juan C. Araneda
   Attorneys for Defendant
   WALMART INC.

DATE:                                           LAW OFFICES OF WILLIAM D. HENDRICKS

By: */s/*
William D. Hendricks
Attorneys for Plaintiff
CANDIDA TELLEZ DE QUINONEZ

## **ORDER**

    The Court hereby adopts the parties' stipulation set forth above.

    IT IS SO ORDERED.

DATED: March 18, 2024

_____
Troy L. Nunley
United States District Judge